Ex parte DURÁN, ADMINISTRADORA JUDICIAL Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Primer Distrito, en pleito sobre impugnación de cuentas. Moción para que se desestime la apelación.

No. 3162.—Resuelto en enero 29, 1924.

APELACIÓN—ADMINISTRACIÓN JUDICIAL—CUENTAS DE ADMINISTRACIÓN.—Si una administradora judicial insistiera en que la cuenta de administración cuya aprobación le fué negada por la corte es final por no ser susceptible de modificación o enmienda, la orden desaprobándola definitivamente sería final y por tanto, apelable, *quaere.*

Los hechos están expresados en la opinión.

Abogados de la apelante: *Sres. José Guzmán Benítez* y *J. Martínez Dávila.*

Abogado de la interventora Colón: *Sr. L. Muñoz Morales.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

En una administración judicial fueron atacadas las cuentas de la administradora judicial. La corte se negó a dar su aprobación a esta cuenta final por varias razones. En apelación la apelada insiste en que la resolución o sentencia no es final y solicita una desestimación. Por supuesto que si la corte hubiera aprobado la referida cuenta final la administradora tenía derecho a considerar la cuenta rendida como final y haber obtenido sentencia definitiva. La negativa a aprobar en tal caso quizás puede considerarse como una orden final si la administradora insiste en que no puede obtenerse de ella ninguna otra cuenta. Por ejemplo, ella pagó ciertos legados cuando existía pendiente un pleito lo que podría rebajar la parte del caudal disponible para su pago y si la apelante podía acreditar con éxito que hay fondos suficientes tendría ella derecho a que la partida fuera aprobada. La dificultad, y es algo metafísico, es que mientras la cuenta no esté enteramente sujeta a aprobación la administradora no tiene derecho a una orden final, y hubo otras partidas a las cuales se hizo objeción. En la duda que tenemos preferimos aplazar la decisión definitiva en cuanto a la jurisdicción de esta corte hasta que se celebre una vista sobre sus méritos, y en su consecuencia se declara sin lugar la moción de desestimación.

*Sin lugar.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Hutchison.

El Juez Asociado Sr. Franco Soto no tomó parte en la resolución de este caso.